**1**

Wilfrid LEDOUX, Appellant, v. Samuel A. SHIRLEY. (Circuit Court of Appeals, Eighth Circuit. September 8, 1924.) No. 6589. Appeal from the District Court of the United States for the District of Nebraska. W. H. Herdman and Eugene N. Blazer, both of Omaha, Neb., for appellant. F. H. Gaines, of Omaha, Neb., for appellee.

PER CURIAM. Reversed, at appellant's costs, and remanded, with directions to dismiss plaintiff's bill in equity, with prejudice, per stipulation of parties.

**2**

LOG CABIN PRODUCTS CO., Plaintiff in Error, v. Arthur H. LAMBORN et al. (Circuit Court of Appeals, Eighth Circuit. October 6, 1924.) No. 6654. In Error to the District Court of the United States for the District of Minnesota. See, also, 291 F. 435. Marcus D. Munn, W. H. Oppenheimer, George W. Peterson, F. N. Dickson, and F. C. Hodgson, all of St. Paul, Minn., for plaintiff in error. Louis O. Van Doren and Alfred C. B. McNevin, both of New York City, and E. Howard Morphy, John M. Bradford, and Carl W. Cummins, all of St. Paul, Minn., for defendants in error.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation.

**3**

John LOTZENA, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 10, 1924.) No. 6478. In Error to the District Court, of the United States for the District of Nebraska. William E. Lovely, of Omaha, Neb., for plaintiff in error. George A. Keyser, Asst. U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rules 23 and 24.

**4**

Paul E. LOWENTHAL, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. November 21, 1924.) No. 64. In Error to the District Court of the United States for the Southern District of New York. Harold Lee, of New York City, for plaintiff in error. William Hayward, U. S. Atty., of New York City, and Elmer H. Lemon, Asst. U. S. Atty., of Middletown, N. Y. Before HOUGH and MANTON, Circuit Judges, and LEARNED HAND, District Judge.

PER CURIAM. Judgment affirmed.

**5**

Dixie MACK, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 10, 1924.) No. 6330. In Error to the District Court of the United States for the District of Nebraska. Lloyd A. Magney and E. D. O'Sullivan, both of Omaha, Neb., for plaintiff in error. James C. Kinsler, U. S. Atty., and George A. Keyser, Asst. U. S. Atty., both of Omaha, Neb.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rule 24.

**6**

Herbert R. MACMILLAN, Appellant, v. GREAT BASIN SUGAR CO. et al. (Circuit Court of Appeals, Eighth Circuit. August 4, 1924.) No. 6698. Appeal from the District Court of the United States for the District of Utah. Mahlon E. Wilson, of Salt Lake City, Utah, for appellant. H. Van Dam, Jr., of Salt Lake City, Utah, and Arthur Woolley, of Ogden, Utah, for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

**7**

McMILLAN CONTRACTING CO. et al., Appellants, v. Walter L. ABERNATHY et al. (Circuit Court of Appeals, Eighth Circuit. July 9, 1924.) No. 6134. Appeal from the District Court of the United States for the Western District of Missouri. Dismissing appeals 284 F. 354, on mandate from decision of Supreme Court, 263 U. S. 438, 44 S. Ct. 200, 68 L. Ed. 378. Justin D. Bowersock, Robert B. Fizzell, Guy V. Head, Arthur Miller, Frank P. Barker, and Clarence S. Palmer, all of Kansas City, Mo., for appellants. O. H. Dean, H. M. Langworthy, Roy B. Thomson, and Melville W. Borders, all of Kansas City, Mo., for appellees.

PER CURIAM. Mandate of Supreme Court of the United States ordered filed and recorded, and appeal from United States District Court dismissed, with costs, etc.

**8**

Robert MAGRUDER, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. November 21, 1924.) No. 72. In Error to the District Court of the United States for the Eastern District of New York. Lee, Smyth, Aron & Wise, of New York City (Henry M. Wise and Warren I. Lee, both of New York City, of counsel), for plaintiff in error. Ralph C. Greene, U. S. Atty., of Brooklyn, N. Y. (Wm. A. De Groot, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed